UNITED STATES of America,
Plaintiff–Appellee

v.

Raymundo RODRIGUEZ,
Defendant–Appellant.

No. 13–50677
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 4, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Bradford W. Bogan, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, M. Carolyn Fuentes, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Raymundo Rodriguez raises arguments that he concedes are foreclosed by *United States v. Whaley,* 577 F.3d 254 (5th Cir.2009), in which this court rejected constitutional challenges to the Sex Offender Registration and Notification Act. Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time

to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

